■ JOSEPHINE GIGLIOTTI, Respondent, v. RAYMOND E. MORASCO, Appellant.— Order insofar as appealed from affirmed, with $50 costs and disbursements to appellant against the respondent. See memorandum filed in companion case of *Gigliotti* v. *Morasco* (2 A D 2d 653). All concur, except Vaughan, J., who dissents and votes for reversal and denial of the motion. (Appeal from part of an order of Oneida Special Term granting leave to defendant to reargue his motion to vacate an order of preclusion but, on such reargument, again vacating the order of preclusion and permitting plaintiff to serve a bill of particulars and to prove her case.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ RUTH C. ROSEN et al., as Executors and Trustees of RALPH CHASHIN, Deceased, Respondents-Appellants, v. A. R. BRAUN et al., Appellants-Respondents, et al., Defendants. HOWARD BLUM et al., Respondents-Appellants, v. AQUILA R. BRAUN, Appellant-Respondent, et al., Defendants. JACOB F. FREIBERGER et al., Respondents-Appellants, v. AQUILA R. BRAUN, Appellant-Respondent, et al., Defendant. HARRY TROUPIANSKY, on Behalf of Himself, the Prosperity Company, Inc., and All of Its Stockholders, Respondent-Appellant, v. AQUILA R. BRAUN, Appellant-Respondent, et al., Defendants.— Order insofar as it granted plaintiffs' motion reversed and motion denied, and otherwise order affirmed, without costs of these appeals to any party, without prejudice to the right of plaintiffs to make a new application upon papers that will clarify these matters. Memorandum: Upon the present record, including the decision of Special Term, and the briefs submitted, we are unable to determine whether this appeal involves a proposed examination of parties or witnesses in the pending consolidated action, or for the purpose of framing an additional cause of action thereto or to frame an additional and new complaint. All concur, Kimball, J., in result only, in the following memorandum: The order was granted to frame a complaint. The notice of motion shows that no such motion was before the court. (Appeal from part of an order of Onondaga Special Term granting a motion by plaintiffs to examine defendants A. R. Braun, John A. Braun and William J. Braun as parties for the purpose of framing a complaint. Cross appeal by plaintiffs from part of same order denying examination of witnesses.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See *ante,* p. 647.]